# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 9, 2013

Lyle W. Cayce
Clerk

No. 11-51036
Summary Calendar

YENIEL PAULA,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION
CENTER III; BUREAU OF PRISONS; GEO GROUP,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-60

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Yeniel Paula, former federal prisoner # 94305-004, appeals the denial of
his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation
programs and halfway houses.  As Paula has been released from Bureau of
Prisons custody, we grant Respondents' motion to dismiss the appeal as moot
and dismiss the appeal as moot.  *See Calderon v. Moore*, 513 U.S. 149, 150

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(1996).  Respondents' alternative motion for an extension of time to file a brief is denied as unnecessary.

MOTION TO DISMISS GRANTED; APPEAL DISMISSED; MOTION FOR AN EXTENSION OF TIME DENIED.